| | |
|---|---|
| NANCY CURRY, CH 13 TRUSTEE<br>1000 WILSHIRE BLVD., SUITE 870<br>LOS ANGELES, CA 90017<br>Telephone: (213) 689-3014<br>Facsimile: (213) 689-3055 | |
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>LOS ANGELES DIVISION** | |
| In re:<br><br>**CRUZ, JOSE R**<br><br>Debtor | **Chapter 13 Case No. LA 2:22-bk-16293-VZ** |

**TRUSTEE'S DECLARATION THAT DEBTOR FAILED TO APPEAR FOR EXAMINATION.**

I, Nancy Curry, do hereby declare and state as follows.

1. I am the Trustee appointed with respect to Chapter 13 Case No. LA 2:22-bk-16293-VZ, CRUZ, JOSE R , (the "debtor").

2. The §341(a) debtor examination was scheduled for December 29, 2022 at 09:00 AM.

3. The debtor failed to appear for examination.

4. A review of my records reflects that no plan payments have been received.

I declare under penalty of perjury that the above is true and correct.

Executed on January 3, 2023 at Los Angeles, California.

  /s/ Nancy Curry, Chapter 13 Trustee

On January 3, 2023, a copy of this has been filed with the Court and served on

      CRUZ, JOSE R                        IN PRO PER

      2625 FLOWER ST.
      HUNTINGTON PARK, CA 90255     ,  -

I declare that the foregoing is true and correct.

Executed on January 3, 2023 at Los Angeles, California.     /s/ Carlos Robles